# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| HETRONIC GERMANY GmbH HYDRONIC-STEUERSYSTEME GmbH, ABI HOLDING GmbH, ABITRON GERMANY GmbH, ABITRON AUSTRIA GmbH, and ALBERT FUCHS,<br><br>　　　Appellants-Defendants,<br><br>v. | **Case No. 21-6019**<br><br>Case No. 20-6057<br>Case No. 20-6100<br><br>Appellants' Reply Brief<br>Oral Argument Not Requested |
| HETRONIC INTERNATIONAL, INC.<br><br>　　　Appellee-Plaintiff. | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA<br>Case No. 5:14-cv-650-F<br>(Honorable Stephen P. Friot) |

**<u>APPELLANTS' REPLY BRIEF</u>**

## Table of Contents

Argument…………...…………………………………………….……………..1

CONCLUSION……………………………………………………………….... 2

Certificate of Compliance……………………………………………………….3

Certificate of Digital submission…………………………………………………4

Certificate of Service……………………………………………………………...5

# Table of Authorities

**Statutory Authority**

28 U.S.C. §1920………………………………………………………………1, 2

**List of Prior or Related Appeals Pursuant to 10th Cir. R. 28.2(C)(3)**: There are two (2) prior appeals.　Appeal Nos. 20-6057 & 20-6100 were consolidated by Order of this Court dated 07/10/20.

## ARGUMENT

Appellants argued that the District Court erred in allowing "other costs" for trial technology and trial attendance not contemplated by 28 U.S.C. § 1920. (Aplt. Brief p. 3)(04/23/2021 Docket 010110512389). Alternatively, Appellants argued that even if such "other costs" were recoverable the District Court erred in awarding such costs where appellee commingled "trial technology with other, unrecoverable costs, such that appellee did not demonstrate the appropriate quantum of 'trial technology' costs." (Aplt. Brief p. 3)(04/23/2021 Docket 010110512389). Appellants' alternative argument is unsupported by the record and is hereby withdrawn.

Appellee's response brief rightly points out that the Clerk's Bill of Costs allowed costs for preparing "video depositions" but disallowed costs for "trial preparation and trial attendance." (Appellee's Resp. Br. P. 12)(05/24/2021 Docket 010110526670). Thus, Appellants' argument, made in the alternative, that the Clerk erred by awarding theoretically recoverable costs (video designations) together with plainly unrecoverable costs ("trial preparation") is incorrect. The Clerk's Bill of Costs reduced the award of "other costs" by the amount of trial preparation and other trial attendance time. Again, Appellants' argument in this regard was regrettably mistaken, and Appellants hereby withdraw it.

# **CONCULSION**

Appellants withdraw their argument that the District Court erred by awarding co-mingled costs for trial technology and trial preparation.

Otherwise, Appellants stand on their argument that such "trial technology" costs are not contemplated by 28 U.S.C. § 1920 and are therefore unrecoverable.

DATED: June 7, 2021

                                                    Respectfully submitted,

                                                    */s/Geren T. Steiner*
                                                    Anton J. Rupert, OBA #7827
                                                    Geren T. Steiner, OBA #18845
                                                    Mack J. Morgan, III, OBA #6397
                                                    **Rupert Steiner & Morgan, PLLC**
                                                    14001 Quail Springs Parkway
                                                    Oklahoma City, OK 73134
                                                    (405) 607-1494
                                                    (405) 607-1450 (Facsimile)
                                                    tony@rsm-law.com
                                                    geren@rsm-law.com
                                                    mack@rsm-law.com
                                                    **ATTORNEYS FOR DEFENDANTS/ APPELLANTS**

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 230 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(B).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and Circuit Rule 32(A), and the typestyle requirements of Fed. R. App. P. 32(a)(6), because this brief has been prepared in a proportionally spaced typeface using Times New Roman 14-point font in Microsoft Word MSO (16.0.13029.20342) 64-bit.

/s/ Geren T. Steiner
Anton J. Rupert, OBA #7827
Geren T. Steiner, OBA #18845
Mack J. Morgan, III, OBA #6397
**RUPERT STEINER & MORGAN, PLLC**
14001 Quail Springs Parkway
Oklahoma City, OK 73134
(405) 607-1494
(405) 607-1450 (Facsimile)
tony@rsm-law.com
geren@rsm-law.com
mack@rsm-law.com
**ATTORNEYS FOR DEFENDANTS/ APPELLANTS**

## CERTIFICATION OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) All required privacy redactions have been made per 10th Cir. R. 25.5;

(2) If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender, Antivirus Version:1.341.258.0, updated 06/07/2021, and according to the program are free of viruses.

June 7, 2021

*/s/ Geren T. Steiner*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the court's CM/ECF system which will send notification of such filing to the following:

John R. Hermes, Esquire
Sam R. Fulkerson, Esquire
Philip R. Bruce, Esquire
Andrew J. Morris, Esquire
**McAFEE & TAFT**
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
john.hermes@mcafeetaft.com
sam.fulkerson@mcafeetaft.com
philip.bruce@mcafeetaft.com
andrew.morris@mcafeetaft.com
**ATTORNEYS FOR PLAINTIFF**

Debbie L. Berman, Esquire
Wade Thompson, Esquire
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL  60654-3456
DBerman@jenner.com
Wthompson@jenner.com
**ATTORNEYS FOR PLAINTIFF**

(*See* Fed. R. App. P. 25(b))

/s/ *Geren T. Steiner*
Anton J. Rupert, OBA #7827
Geren T. Steiner, OBA #18845
Mack J. Morgan, III, OBA #6397
**RUPERT STEINER & MORGAN, PLLC**
14001 Quail Springs Parkway
Oklahoma City, OK 73134
(405) 607-1494
(405) 607-1450 (Facsimile)
tony@rsm-law.com
geren@rsm-law.com
mack@rsm-law.com
**ATTORNEYS FOR DEFENDANTS/ APPELLANTS**